## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Cyrus M. Knower          CHAPTER 13
    Caroline Y. Knower

      Debtor(s)          BKY. NO. 17-12224 AMC

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

  Kindly enter my appearance on behalf of BANK OF AMERICA, N.A. and index same on the master mailing list.

                  Respectfully submitted,

                  /s/Rebecca A. Solarz
                  Rebecca Solarz
                  05 Aug 2020, 11:22:50, EDT

             KML Law Group, P.C.
             701 Market Street, Suite 5000
             Philadelphia, PA 19106-1532
             (215) 627-1322