| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020
**Chapter 13 Case No. 17-12224-AMC**

CYRUS M. KNOWER  
CAROLINE Y. KNOWER  
767 CHESTER CREEK ROAD  
BROOKHAVEN  PA    19015-1027

Petition Filed Date: 03/31/2017  
341 Hearing Date: 06/02/2017  
Confirmation Date: 10/17/2018

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/22/2019 | $600.00 | | 02/27/2019 | $600.00 | | 03/29/2019 | $600.00 | |
| 04/24/2019 | $600.00 | | 05/24/2019 | $600.00 | | 06/26/2019 | $600.00 | |
| 07/30/2019 | $600.00 | | 09/03/2019 | $600.00 | | 09/27/2019 | $600.00 | |
| 10/31/2019 | $600.00 | 6290334000 | 11/26/2019 | $600.00 | 6354313000 | 12/30/2019 | $600.00 | 6436175000 |
| 01/30/2020 | $600.00 | 6516846000 | 02/27/2020 | $600.00 | 6588374000 | 03/26/2020 | $600.00 | 6663530000 |
| 04/28/2020 | $600.00 | 6744653000 | 06/01/2020 | $600.00 | 6826041000 | 06/30/2020 | $600.00 | 6901347000 |
| 07/21/2020 | $600.00 | 6954609000 | | | | | | |

**Total Receipts for the Period: $11,400.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $19,650.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 11 | SYNCB/SUZUKI INSTALLMENT<br>»» 011 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 3 | AMERICREDIT FINANCIAL SERVICES<br>»» 003 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 1 | BILL ME LATER AS SERVICER for SYNCHRONY BANK<br>»» 001 | Unsecured Creditors | $2,093.94 | $1,321.53 | $772.41 |
| 6 | EDUCATIONAL CREDIT MGMT CORP<br>»» 006 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 2 | FIFTH THIRD BANK<br>»» 002 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 8 | LVNV FUNDING LLC<br>»» 008 | Unsecured Creditors | $9,359.66 | $5,906.97 | $3,452.69 |
| 13 | MIDLAND CREDIT MANAGEMENT INC AS AGENT<br>»» 013 | Unsecured Creditors | $2,586.26 | $1,632.20 | $954.06 |
| 7 | PENNYMAC LOAN SERVICES LLC<br>»» 007 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 5 | PHEAA<br>»» 005 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 14 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 014 | Unsecured Creditors | $1,150.09 | $725.81 | $424.28 |
| 15 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 015 | Unsecured Creditors | $1,883.13 | $1,188.47 | $694.66 |
| 16 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 016 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 17 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 017 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |

| 12 | SYNCHRONY BANK<br>»» 012 | Unsecured Creditors | $903.24 | $903.24 | $0.00 |
| 4 | SOUTHWEST DELAWARE COUNTY MUNICIPAL AUTH<br>»» 004 | Secured Creditors | $2,070.86 | $2,070.86 | $0.00 |
| 18 | US DEPARTMENT OF EDUCATION<br>»» 018 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 9 | BURKE & HESS<br>»» 009 | Attorney Fees | $3,089.04 | $3,089.04 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $19,650.00 | Current Monthly Payment: | $600.00 |
| Paid to Claims: | $16,838.12 | Arrearages: | ($600.00) |
| Paid to Trustee: | $1,731.88 | Total Plan Base: | $31,050.00 |
| Funds on Hand: | $1,080.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.readingch13.com/payments/ for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.