| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021
**Chapter 13 Case No. 17-12224-AMC**

CYRUS M. KNOWER                                     Petition Filed Date: 03/31/2017
CAROLINE Y. KNOWER                                  341 Hearing Date: 06/02/2017
767 CHESTER CREEK ROAD                              Confirmation Date: 10/17/2018
BROOKHAVEN  PA    19015-1027

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/30/2020 | $600.00 | 6516846000 | 02/27/2020 | $600.00 | 6588374000 | 03/26/2020 | $600.00 | 6663530000 |
| 04/28/2020 | $600.00 | 6744653000 | 06/01/2020 | $600.00 | 6826041000 | 06/30/2020 | $600.00 | 6901347000 |
| 07/21/2020 | $600.00 | 6954609000 | 08/31/2020 | $600.00 | 7044755000 | 10/13/2020 | $600.00 | 7153547000 |
| 11/02/2020 | $600.00 | 7201625000 | 11/30/2020 | $600.00 | 7261701000 | 12/30/2020 | $600.00 | 7339390000 |
| 01/27/2021 | $600.00 | 7407615000 | 03/01/2021 | $600.00 | 7478052000 | 03/23/2021 | $600.00 | 7545734000 |
| 04/30/2021 | $600.00 | 7634748000 | 05/24/2021 | $600.00 | 7687670000 | | | |

**Total Receipts for the Period: $10,200.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $25,650.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 11 | SYNCB/SUZUKI INSTALLMENT »» 011 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 3 | AMERICREDIT FINANCIAL SERVICES »» 003 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 1 | BILL ME LATER AS SERVICER for SYNCHRONY BANK »» 001 | Unsecured Creditors | $2,093.94 | $1,999.25 | $94.69 |
| 6 | EDUCATIONAL CREDIT MGMT CORP »» 006 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 2 | FIFTH THIRD BANK »» 002 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 8 | LVNV FUNDING LLC »» 008 | Unsecured Creditors | $9,359.66 | $8,936.38 | $423.28 |
| 13 | MIDLAND CREDIT MANAGEMENT INC AS AGENT »» 013 | Unsecured Creditors | $2,586.26 | $2,469.30 | $116.96 |
| 7 | PENNYMAC LOAN SERVICES LLC »» 007 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 5 | EDUCATIONAL CREDIT MGMT CORP »» 005 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 14 | PORTFOLIO RECOVERY ASSOCIATES »» 014 | Unsecured Creditors | $1,150.09 | $1,098.08 | $52.01 |
| 15 | PORTFOLIO RECOVERY ASSOCIATES »» 015 | Unsecured Creditors | $1,883.13 | $1,797.97 | $85.16 |
| 16 | PORTFOLIO RECOVERY ASSOCIATES »» 016 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 17 | PORTFOLIO RECOVERY ASSOCIATES »» 017 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 17-12224-AMC**

| | | | | | |
|---|---|---|---|---|---|
| 12 | SYNCHRONY BANK<br>»» 012 | Unsecured Creditors | $903.24 | $903.24 | $0.00 |
| 4 | SOUTHWEST DELAWARE COUNTY MUNICIPAL AUTH<br>»» 004 | Secured Creditors | $2,070.86 | $2,070.86 | $0.00 |
| 18 | US DEPARTMENT OF EDUCATION<br>»» 018 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 9 | BURKE & HESS<br>»» 009 | Attorney Fees | $3,089.04 | $3,089.04 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $25,650.00 | Current Monthly Payment: | $600.00 |
| Paid to Claims: | $22,364.12 | Arrearages: | ($600.00) |
| Paid to Trustee: | $2,187.88 | Total Plan Base: | $31,050.00 |
| Funds on Hand: | $1,098.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.readingch13.com/payments/ for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.