United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  Case No. 17-12224-amc
Cyrus M. Knower  Chapter 13
Caroline Y. Knower
    Debtors

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Nov 23, 2021 | Form ID: 206 | Total Noticed: 43 |

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 25, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | | Cyrus M. Knower, Caroline Y. Knower, 767 Chester Creek Road, Brookhaven, PA 19015-1027 |
| 13892404 | + | AES, PO Box 61047, Harrisburg, PA 17106-1047 |
| 14526453 | + | BANK OF AMERICA, N.A., C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14526677 | + | Bank of America,NA, c/o Rebecca Solarz,Esquire, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 13892407 | + | Barclays Bank Delaware, PO Box 8803, Wilmington, DE 19899-8803 |
| 13957103 | + | Burke & Hess, 1672 Manheim Pike, Lancaster, PA 17601-3028 |
| 14035258 | | Educational Credit Management Corporation, P.O. Box 16408, St. Paul, MN 55116-0408 |
| 13892412 | + | Fed Loan Servicing, PO Box 60610, Harrisburg, PA 17106-0610 |
| 13892413 | + | Fifth Third Bank, 5050 Kingsley Drive, Cincinnati, OH 45227-1115 |
| 13904110 | + | Fifth Third Bank, PO Box 9013, Addison, Texas 75001-9013 |
| 13892416 | + | IC Systems Inc, PO Box 64378, Saint Paul, MN 55164-0378 |
| 13921202 | + | PHEAA, PO Box 8147, Harrisburg PA 17105-8147 |
| 13892420 | + | Pennymac Loan Services, LLC, 6101 Condor Drive, Moorpark, CA 93021-2602 |
| 13892423 | | SWDCMA, PO Box 2466, Aston, PA 19014-0466 |
| 13915873 | + | Southwest Delaware County Municipal Authority, PO BOX 2466, Aston PA 19014-0466 |
| 13982873 | | US Department of Education, PO Box 16448, St. Paul, MN 55116-0448 |

TOTAL: 16

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Nov 23 2021 23:27:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 23 2021 23:27:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Nov 23 2021 23:27:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | + | Email/PDF: gecsedi@recoverycorp.com | Nov 23 2021 23:28:57 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 13892406 | | Email/Text: legal@arsnational.com | Nov 23 2021 23:26:00 | ARS National Services, INc, PO Box 469046, Escondido, CA 92046-9046 |
| 13892405 | + | Email/PDF: ais.chase.ebn@americaninfosource.com | Nov 23 2021 23:28:46 | Amazon.com Card Member Service, PO Box 15153, Wilmington, DE 19886-5153 |
| 13906972 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Nov 23 2021 23:26:00 | AmeriCredit Financial Services, Inc. dba GM Financ, P O Box 183853, Arlington, TX 76096-3853 |
| 13892407 | + | Email/Text: BarclaysBankDelaware@tsico.com | Nov 23 2021 23:26:00 | Barclays Bank Delaware, PO Box 8803, Wilmington, DE 19899-8803 |
| 13892409 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | | |

Case 17-12224-amc  Doc 125  Filed 11/25/21  Entered 11/26/21 00:33:41  Desc
Imaged Certificate of Notice   Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Nov 23, 2021 | Form ID: 206 | Total Noticed: 43 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Nov 23 2021 23:29:09 | CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 13892408 | | Email/Text: cms-bk@cms-collect.com | Nov 23 2021 23:26:00 | Capital Management Services, LP, 698 1/2 South Ogden Street, Buffalo, NY 14206-2317 |
| 13892411 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 23 2021 23:42:20 | Citi, P O Box 6241, Sioux Falls, SD 57117-6241 |
| 13903114 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 23 2021 23:27:00 | Comenity Capital Bank, C/O Weinstein & Riley P.S., 2001 Western Ave Ste. 400, Seattle, WA 98121-3132 |
| 13892414 | | Email/Text: GCSBankruptcy@gcserv.com | Nov 23 2021 23:26:00 | GC Services, 6330 Gulfton Street, Ste 400, Houston, TX 77081 |
| 13892415 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Nov 23 2021 23:26:00 | GM Financial, PO Box 181145, Arlington, TX 76096-1145 |
| 13892410 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Nov 23 2021 23:29:07 | Chase Card, PO Box 15298, Wilmington, DE 19850 |
| 13941565 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 23 2021 23:28:47 | LVNV Funding, LLC its successors and assigns as, assignee of Citibank, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 13970873 | + | Email/Text: bankruptcydpt@mcmcg.com | Nov 23 2021 23:27:00 | MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 13892417 | + | Email/Text: bankruptcydpt@mcmcg.com | Nov 23 2021 23:27:00 | Midland Funding LLC, 2365 Northside Drive, Ste. 300, San Diego, CA 92108-2709 |
| 13892419 | | Email/Text: signed.order@pfwattorneys.com | Nov 23 2021 23:26:00 | Midland Funging LLC, c/o Pressler and Pressler, LLP, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 13892421 | | Email/Text: Bankruptcy.Notices@pnc.com | Nov 23 2021 23:26:00 | PNC Bank, 2730 Liberty Avenue, Pittsburgh, PA 15222 |
| 13892422 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 23 2021 23:28:57 | Portfolio Recovery Associates, LLC, 120 Corporate Blvd., Norfolk, VA 23502 |
| 14619630 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 23 2021 23:28:46 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 13972652 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 23 2021 23:28:57 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 13894518 | + | Email/PDF: rmscedi@recoverycorp.com | Nov 23 2021 23:28:46 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 13892418 | | Email/Text: signed.order@pfwattorneys.com | Nov 23 2021 23:26:00 | Midland Funding LLC, c/o Pressler and Pressler, LLP, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 13892424 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 23 2021 23:28:46 | SYNCB/Suzuki Installment, PO Box 6153, Rapid City, SD 57709-6153 |
| 14215959 | + | Email/Text: bncmail@w-legal.com | Nov 23 2021 23:27:00 | SYNCHRONY BANK, c/o Weinstein & Riley, P.S., 2001 Western Ave, Ste 400, Seattle, WA 98121-3132 |
| 13963629 | | Email/PDF: gecsedi@recoverycorp.com | Nov 23 2021 23:29:07 | Synchrony Bank, Attn: Bankruptcy Department, PO Box 530912, Atlanta, GA 30353-0912 |

TOTAL: 28

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | AmeriCredit Financial Services, Inc. dba GM Financ |
| cr | * | Educational Credit Management Corporation, P.O. Box 16408, St. Paul, MN 55116-0408 |
| cr | *+ | SYNCHRONY BANK, c/o Weinstein & Riley, P.S., 2001 Western Ave, Ste 400, Seattle, WA 98121-3132 |

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Nov 23, 2021 | Form ID: 206 | Total Noticed: 43 |

| 13919606 | *+ | AmeriCredit Financial Services, Inc. dba GM Financ, P O Box 183853, Arlington, TX 76096-3853 |
| 14035259 | * | Educational Credit Management Corporation, P.O. Box 16408, St. Paul, MN 55116-0408 |

TOTAL: 1 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 25, 2021    Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 23, 2021 at the address(es) listed below:**

**Name**     **Email Address**

JEROME B. BLANK
    on behalf of Creditor Bank Of America N.A. paeb@fedphe.com

JOSEPH ANGEO DESSOYE
    on behalf of Creditor Bank Of America N.A. paeb@fedphe.com

MARIO J. HANYON
    on behalf of Creditor Bank Of America N.A. wbecf@brockandscott.com, mario.hanyon@brockandscott.com

MICHAEL D. HESS
    on behalf of Debtor Cyrus M. Knower amburke7@yahoo.com

MICHAEL D. HESS
    on behalf of Joint Debtor Caroline Y. Knower amburke7@yahoo.com

POLLY A. LANGDON
    on behalf of Trustee FREDERICK L. REIGLE ecfmail@readingch13.com

REBECCA ANN SOLARZ
    on behalf of Creditor Bank Of America N.A. bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com

SCOTT F. WATERMAN (Chapter 13)
    ECFMail@ReadingCh13.com

THOMAS SONG
    on behalf of Creditor Bank Of America  N.A. et al tomysong0@gmail.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 10

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA**

_____

In Re: Cyrus M. Knower and Caroline Y. Knower                     Case No: 17−12224−amc

    Debtor(s)

_____

**NOTICE OF CHAPTER 13 CASE CLOSED
WITHOUT DISCHARGE**

All creditors and parties in interest are notified that the above−captioned case has been closed without entry of discharge for the reason(s) indicated below.

☑ Debtor did not file Official Form B423, Debtor's Certification of Completion of Instructional Course Concerning Personal Financial Management.

☑ Debtor has not certified that all domestic support obligations due have been paid.

Dated: 11/23/21

For The Court

Timothy B. McGrath
Clerk of Court

124
Form 206