Certificate Number: 15111-PAE-DE-035966253

Bankruptcy Case Number: 17-12224



15111-PAE-DE-035966253

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on September 3, 2021, at 3:29 o'clock PM EDT, Cyrus McElderry Knower completed a course on personal financial management given by internet by BE Adviser, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date: September 3, 2021

By: /s/Hasan Bilal for Ryan McDonough

Name: Ryan McDonough

Title: Executive Director of Education

Certificate Number: 15111-PAE-DE-035966254

Bankruptcy Case Number: 17-12224



15111-PAE-DE-035966254

## CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on September 3, 2021, at 3:29 o'clock PM EDT, Caroline Young Knower completed a course on personal financial management given by internet by BE Adviser, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date: September 3, 2021

By: /s/Hasan Bilal for Ryan McDonough

Name: Ryan McDonough

Title: Executive Director of Education