## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br>    **Cyrus M. Knower**<br>    **Caroline Y. Knower**<br>                        **Debtor(s)** | **Chapter 13**<br><br>**Bankruptcy No. 17-12224-amc** |

## CERTIFICATE OF NO RESPONSE

The undersigned, Michael D. Hess, Esquire, attorney for the Debtors hereby certifies that no answer, objection or other responsive pleading has been served upon me or upon the Debtors in connection with the Motion to Reopen Bankruptcy Proceeding so as to File the Financial Management Certificates and Domestic Support Obligation Certification, which was served upon all parties of interest on December 13, 2021.

Dated: January 11, 2022

                                                                  **Burke & Hess**

                                      **By:**    **/s/ Michael D. Hess**
                                                      **Michael D. Hess, Esquire**
                                                      **1672 Manheim Pike**
                                                      **Lancaster, PA 17601**
                                                      **Phone:  717-391-2911**
                                                      **Fax:     717-391-5808**
                                                      **Attorney for Debtors**