United States Bankruptcy Court
Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-12224-amc |
| Cyrus M. Knower | Chapter 13 |
| Caroline Y. Knower | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Jan 12, 2022 | Form ID: pdf900 | Total Noticed: 43 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 14, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | | Cyrus M. Knower, Caroline Y. Knower, 767 Chester Creek Road, Brookhaven, PA 19015-1027 |
| 13892404 | + | AES, PO Box 61047, Harrisburg, PA 17106-1047 |
| 14526453 | + | BANK OF AMERICA, N.A., C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14526677 | + | Bank of America,NA, c/o Rebecca Solarz,Esquire, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 13957103 | + | Burke & Hess, 1672 Manheim Pike, Lancaster, PA 17601-3028 |
| 13892412 | + | Fed Loan Servicing, PO Box 60610, Harrisburg, PA 17106-0610 |
| 13892413 | + | Fifth Third Bank, 5050 Kingsley Drive, Cincinnati, OH 45227-1115 |
| 13904110 | + | Fifth Third Bank, PO Box 9013, Addison, Texas 75001-9013 |
| 13921202 | + | PHEAA, PO Box 8147, Harrisburg PA 17105-8147 |
| 13892420 | + | Pennymac Loan Services, LLC, 6101 Condor Drive, Moorpark, CA 93021-2602 |
| 13892423 | | SWDCMA, PO Box 2466, Aston, PA 19014-0466 |
| 13915873 | + | Southwest Delaware County Municipal Authority, PO BOX 2466, Aston PA 19014-0466 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jan 13 2022 00:07:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 13 2022 00:07:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Jan 13 2022 00:07:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | + | Email/PDF: gecsedi@recoverycorp.com | Jan 13 2022 00:09:11 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 13892406 | | Email/Text: legal@arsnational.com | Jan 13 2022 00:07:00 | ARS National Services, INc, PO Box 469046, Escondido, CA 92046-9046 |
| 13892405 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Jan 13 2022 00:09:06 | Amazon.com Card Member Service, PO Box 15153, Wilmington, DE 19886-5153 |
| 13906972 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Jan 13 2022 00:07:00 | AmeriCredit Financial Services, Inc. dba GM Financ, P O Box 183853, Arlington, TX 76096-3853 |
| 13892407 | + | Email/Text: BarclaysBankDelaware@tsico.com | Jan 13 2022 00:07:00 | Barclays Bank Delaware, PO Box 8803, Wilmington, DE 19899-8803 |
| 13892409 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 13 2022 00:09:03 | CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 13892408 | | Email/Text: cms-bk@cms-collect.com | Jan 13 2022 00:07:00 | Capital Management Services, LP, 698 1/2 South Ogden Street, Buffalo, NY 14206-2317 |

Case 17-12224-amc   Doc 135   Filed 01/14/22   Entered 01/15/22 00:32:01   Desc
Imaged Certificate of Notice   Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jan 12, 2022 | Form ID: pdf900 | Total Noticed: 43 |

| Recipient ID | | Delivery Method | Date/Time | Address |
|---|---|---|---|---|
| 13892411 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 13 2022 00:09:12 | Citi, P O Box 6241, Sioux Falls, SD 57117-6241 |
| 13903114 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 13 2022 00:07:00 | Comenity Capital Bank, C/O Weinstein & Riley P.S., 2001 Western Ave Ste. 400, Seattle, WA 98121-3132 |
| 14035258 | | Email/Text: ECMCBKNotices@ecmc.org | Jan 13 2022 00:07:00 | Educational Credit Management Corporation, P.O. Box 16408, St. Paul, MN 55116-0408 |
| 13892414 | | Email/Text: GCSBankruptcy@gcserv.com | Jan 13 2022 00:07:00 | GC Services, 6330 Gulfton Street, Ste 400, Houston, TX 77081 |
| 13892415 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Jan 13 2022 00:07:00 | GM Financial, PO Box 181145, Arlington, TX 76096-1145 |
| 13892416 | + | Email/Text: Bankruptcy@ICSystem.com | Jan 13 2022 00:07:00 | IC Systems Inc, PO Box 64378, Saint Paul, MN 55164-0378 |
| 13892410 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jan 13 2022 00:09:07 | Chase Card, PO Box 15298, Wilmington, DE 19850 |
| 13941565 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 13 2022 00:09:07 | LVNV Funding, LLC its successors and assigns as, assignee of Citibank, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 13970873 | + | Email/Text: bankruptcydpt@mcmcg.com | Jan 13 2022 00:07:00 | MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 13892417 | + | Email/Text: bankruptcydpt@mcmcg.com | Jan 13 2022 00:07:00 | Midland Funding LLC, 2365 Northside Drive, Ste. 300, San Diego, CA 92108-2709 |
| 13892419 | | Email/Text: signed.order@pfwattorneys.com | Jan 13 2022 00:07:00 | Midland Funging LLC, c/o Pressler and Pressler, LLP, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 13892421 | | Email/Text: Bankruptcy.Notices@pnc.com | Jan 13 2022 00:07:00 | PNC Bank, 2730 Liberty Avenue, Pittsburgh, PA 15222 |
| 13892422 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 13 2022 00:09:11 | Portfolio Recovery Associates, LLC, 120 Corporate Blvd., Norfolk, VA 23502 |
| 14619630 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 13 2022 00:09:02 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 13972652 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 13 2022 00:09:06 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 13894518 | + | Email/PDF: rmscedi@recoverycorp.com | Jan 13 2022 00:09:02 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 13892418 | | Email/Text: signed.order@pfwattorneys.com | Jan 13 2022 00:07:00 | Midland Funding LLC, c/o Pressler and Pressler, LLP, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 13892420 | + | Email/PDF: ebnotices@pnmac.com | Jan 13 2022 00:09:03 | Pennymac Loan Services, LLC, 6101 Condor Drive, Moorpark, CA 93021-2602 |
| 13892424 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 13 2022 00:09:07 | SYNCB/Suzuki Installment, PO Box 6153, Rapid City, SD 57709-6153 |
| 14215959 | + | Email/Text: bncmail@w-legal.com | Jan 13 2022 00:07:00 | SYNCHRONY BANK, c/o Weinstein & Riley, P.S., 2001 Western Ave, Ste 400, Seattle, WA 98121-3132 |
| 13963629 | | Email/PDF: gecsedi@recoverycorp.com | Jan 13 2022 00:09:06 | Synchrony Bank, Attn: Bankruptcy Department, PO Box 530912, Atlanta, GA 30353-0912 |
| 13982873 | | Email/Text: EDBKNotices@ecmc.org | Jan 13 2022 00:07:00 | US Department of Education, PO Box 16448, St. Paul, MN 55116-0448 |

TOTAL: 32

# BYPASSED RECIPIENTS

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jan 12, 2022 | Form ID: pdf900 | Total Noticed: 43 |

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | AmeriCredit Financial Services, Inc. dba GM Financ |
| cr | * | Educational Credit Management Corporation, P.O. Box 16408, St. Paul, MN 55116-0408 |
| cr | *+ | SYNCHRONY BANK, c/o Weinstein & Riley, P.S., 2001 Western Ave, Ste 400, Seattle, WA 98121-3132 |
| 13919606 | *+ | AmeriCredit Financial Services, Inc. dba GM Financ, P O Box 183853, Arlington, TX 76096-3853 |
| 14035259 | * | Educational Credit Management Corporation, P.O. Box 16408, St. Paul, MN 55116-0408 |

TOTAL: 1 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 14, 2022           Signature:     /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 12, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| JEROME B. BLANK | on behalf of Creditor Bank Of America N.A. paeb@fedphe.com |
| JOSEPH ANGEO DESSOYE | on behalf of Creditor Bank Of America N.A. paeb@fedphe.com |
| MARIO J. HANYON | on behalf of Creditor Bank Of America N.A. wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| MICHAEL D. HESS | on behalf of Debtor Cyrus M. Knower amburke7@yahoo.com |
| MICHAEL D. HESS | on behalf of Joint Debtor Caroline Y. Knower amburke7@yahoo.com |
| POLLY A. LANGDON | on behalf of Trustee FREDERICK L. REIGLE ecfmail@readingch13.com |
| REBECCA ANN SOLARZ | on behalf of Creditor Bank Of America N.A. bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com |
| SCOTT F. WATERMAN (Chapter 13) | ECFMail@ReadingCh13.com |
| THOMAS SONG | on behalf of Creditor Bank Of America  N.A. et al tomysong0@gmail.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 10

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **In Re:  Cyrus M. Knower**<br>         **Caroline Y. Knower**<br>                    **Debtors** | **Chapter 13**<br><br>**Bankruptcy No. 17-12224** |

**ORDER**

AND NOW, upon consideration of the Debtors' Motion to Reopen Bankruptcy Proceeding so as to file the Financial Management Certificates and the Domestic Support Obligation Certification.

IT IS HEREBY ORDERED that the above captioned bankruptcy proceeding be reopened for the limited purpose of filing the Financial Management Certificates and the Domestic Support Obligation Certifications and the debtors receiving his/her chapter 13 discharge.

**BY THE COURT:**

**Date: January 12, 2022**

_____
**United States Bankruptcy Judge**