United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-12224-amc |
| Cyrus M. Knower | Chapter 13 |
| Caroline Y. Knower | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Jan 13, 2022 | Form ID: 138OBJ | Total Noticed: 42 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 15, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | | Cyrus M. Knower, Caroline Y. Knower, 767 Chester Creek Road, Brookhaven, PA 19015-1027 |
| 13892404 | + | AES, PO Box 61047, Harrisburg, PA 17106-1047 |
| 14526453 | + | BANK OF AMERICA, N.A., C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14526677 | + | Bank of America,NA, c/o Rebecca Solarz,Esquire, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 13957103 | + | Burke & Hess, 1672 Manheim Pike, Lancaster, PA 17601-3028 |
| 13892412 | + | Fed Loan Servicing, PO Box 60610, Harrisburg, PA 17106-0610 |
| 13892413 | + | Fifth Third Bank, 5050 Kingsley Drive, Cincinnati, OH 45227-1115 |
| 13904110 | + | Fifth Third Bank, PO Box 9013, Addison, Texas 75001-9013 |
| 13921202 | + | PHEAA, PO Box 8147, Harrisburg PA 17105-8147 |
| 13892420 | + | Pennymac Loan Services, LLC, 6101 Condor Drive, Moorpark, CA 93021-2602 |
| 13892423 | | SWDCMA, PO Box 2466, Aston, PA 19014-0466 |
| 13915873 | + | Southwest Delaware County Municipal Authority, PO BOX 2466, Aston PA 19014-0466 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jan 13 2022 23:54:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 13 2022 23:54:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Jan 13 2022 23:54:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 13892406 | | Email/Text: legal@arsnational.com | Jan 13 2022 23:54:00 | ARS National Services, INc, PO Box 469046, Escondido, CA 92046-9046 |
| 13892405 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Jan 14 2022 00:05:05 | Amazon.com Card Member Service, PO Box 15153, Wilmington, DE 19886-5153 |
| 13906972 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Jan 13 2022 23:54:00 | AmeriCredit Financial Services, Inc. dba GM Financ, P O Box 183853, Arlington, TX 76096-3853 |
| 13892407 | + | Email/Text: BarclaysBankDelaware@tsico.com | Jan 13 2022 23:54:00 | Barclays Bank Delaware, PO Box 8803, Wilmington, DE 19899-8803 |
| 13892409 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 14 2022 00:05:06 | CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 13892408 | | Email/Text: cms-bk@cms-collect.com | Jan 13 2022 23:54:00 | Capital Management Services, LP, 698 1/2 South Ogden Street, Buffalo, NY 14206-2317 |
| 13892411 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 14 2022 00:05:06 | Citi, P O Box 6241, Sioux Falls, SD 57117-6241 |
| 13903114 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | | |

Case 17-12224-amc   Doc 136   Filed 01/15/22   Entered 01/16/22 00:31:48   Desc
Imaged Certificate of Notice   Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
| --- | --- | --- |
| Date Rcvd: Jan 13, 2022 | Form ID: 138OBJ | Total Noticed: 42 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
| --- | --- | --- | --- | --- |
| | | | Jan 13 2022 23:54:00 | Comenity Capital Bank, C/O Weinstein & Riley P.S., 2001 Western Ave Ste. 400, Seattle, WA 98121-3132 |
| 14035258 | | Email/Text: ECMCBKNotices@ecmc.org | Jan 13 2022 23:54:00 | Educational Credit Management Corporation, P.O. Box 16408, St. Paul, MN 55116-0408 |
| 13892414 | | Email/Text: GCSBankruptcy@gcserv.com | Jan 13 2022 23:54:00 | GC Services, 6330 Gulfton Street, Ste 400, Houston, TX 77081 |
| 13892415 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Jan 13 2022 23:54:00 | GM Financial, PO Box 181145, Arlington, TX 76096-1145 |
| 13892416 | + | Email/Text: Bankruptcy@ICSystem.com | Jan 13 2022 23:54:00 | IC Systems Inc, PO Box 64378, Saint Paul, MN 55164-0378 |
| 13892410 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jan 14 2022 00:05:06 | Chase Card, PO Box 15298, Wilmington, DE 19850 |
| 13941565 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 14 2022 00:05:06 | LVNV Funding, LLC its successors and assigns as, assignee of Citibank, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 13970873 | + | Email/Text: bankruptcydpt@mcmcg.com | Jan 13 2022 23:54:00 | MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 13892417 | + | Email/Text: bankruptcydpt@mcmcg.com | Jan 13 2022 23:54:00 | Midland Funding LLC, 2365 Northside Drive, Ste. 300, San Diego, CA 92108-2709 |
| 13892419 | | Email/Text: signed.order@pfwattorneys.com | Jan 13 2022 23:54:00 | Midland Funging LLC, c/o Pressler and Pressler, LLP, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 13892421 | | Email/Text: Bankruptcy.Notices@pnc.com | Jan 13 2022 23:54:00 | PNC Bank, 2730 Liberty Avenue, Pittsburgh, PA 15222 |
| 13892422 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 14 2022 00:05:01 | Portfolio Recovery Associates, LLC, 120 Corporate Blvd., Norfolk, VA 23502 |
| 14619630 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 14 2022 00:05:01 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 13972652 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 14 2022 00:05:03 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 13894518 | + | Email/PDF: rmscedi@recoverycorp.com | Jan 14 2022 00:05:04 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 13892418 | | Email/Text: signed.order@pfwattorneys.com | Jan 13 2022 23:54:00 | Midland Funding LLC, c/o Pressler and Pressler, LLP, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 13892420 | + | Email/PDF: ebnotices@pnmac.com | Jan 14 2022 00:05:02 | Pennymac Loan Services, LLC, 6101 Condor Drive, Moorpark, CA 93021-2602 |
| 13892424 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 14 2022 00:05:05 | SYNCB/Suzuki Installment, PO Box 6153, Rapid City, SD 57709-6153 |
| 14215959 | + | Email/Text: bncmail@w-legal.com | Jan 13 2022 23:54:00 | SYNCHRONY BANK, c/o Weinstein & Riley, P.S., 2001 Western Ave, Ste 400, Seattle, WA 98121-3132 |
| 13963629 | | Email/PDF: gecsedi@recoverycorp.com | Jan 14 2022 00:05:03 | Synchrony Bank, Attn: Bankruptcy Department, PO Box 530912, Atlanta, GA 30353-0912 |
| 13982873 | | Email/Text: EDBKNotices@ecmc.org | Jan 13 2022 23:54:00 | US Department of Education, PO Box 16448, St. Paul, MN 55116-0448 |

TOTAL: 31

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

**Recip ID      Bypass Reason   Name and Address**

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jan 13, 2022 | Form ID: 138OBJ | Total Noticed: 42 |

| | | | |
|---|---|---|---|
| 13919606 | *+ | | AmeriCredit Financial Services, Inc. dba GM Financ, P O Box 183853, Arlington, TX 76096-3853 |
| 14035259 | * | | Educational Credit Management Corporation, P.O. Box 16408, St. Paul, MN 55116-0408 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 15, 2022  Signature:   /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 13, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| JEROME B. BLANK | on behalf of Creditor Bank Of America N.A. paeb@fedphe.com |
| JOSEPH ANGEO DESSOYE | on behalf of Creditor Bank Of America N.A. paeb@fedphe.com |
| MARIO J. HANYON | on behalf of Creditor Bank Of America N.A. wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| MICHAEL D. HESS | on behalf of Debtor Cyrus M. Knower amburke7@yahoo.com |
| MICHAEL D. HESS | on behalf of Joint Debtor Caroline Y. Knower amburke7@yahoo.com |
| POLLY A. LANGDON | on behalf of Trustee FREDERICK L. REIGLE ecfmail@readingch13.com |
| REBECCA ANN SOLARZ | on behalf of Creditor Bank Of America N.A. bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com |
| SCOTT F. WATERMAN (Chapter 13) | ECFMail@ReadingCh13.com |
| THOMAS SONG | on behalf of Creditor Bank Of America  N.A. et al tomysong0@gmail.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 10

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Cyrus M. Knower and Caroline Y. Knower

Debtor(s)

Case No: 17−12224−amc

Chapter: 13

___

## NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

900 Market Street
Suite 400
Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 1/13/22